UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MANOLO LEE TORRES,<br><br>                Plaintiff,<br>     v.<br>MATT STERMITZ, *et al.*,<br><br>                Defendants. | Case No. 3:17-cv-00578-MMD-VPC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE VALERIE P. COOKE |

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (EDF No. 3) ("R&R") relating to plaintiff's application to proceed *in forma pauperis* (ECF No. 1) and *pro se* complaint (ECF N. 1-1). Plaintiff had until March 21, 2018 (ECF No. 3) to file an objection. To date, no objection to the R&R has been filed.[1]

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a

---

[1]The R&R (ECF No. 3) that was mailed to Plaintiff was returned as undeliverable. (ECF No. 4.)

magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

The Court adopts the Magistrate Judge's recommendation because Plaintiff has not objected.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 3) is accepted and adopted in its entirety.

It is ordered that plaintiff's application to proceed *in form pauperis* (ECF No. 1) without having to prepay the full filing fee is granted

It is further ordered that the Clerk detach and file the complaint (ECF No. 1-1).

It is further ordered that the complaint is dismissed without prejudice, to the extent that it seeks equitable relief.

It is further ordered that this case is stayed, to the extent it seeks damages, until the related state criminal case is no longer pending.

It is further ordered that the Clerk administratively close these case.

It is further ordered that plaintiff, if he wishes to continue with this case after the disposition of the criminarl charges against him, must file a request that the stay be lifted

///

///

///

2

| 1 | and the case be re-opened within sixty (60) days of the final disposition of the |
| 2 | criminal charges (including all appeals). |

DATED THIS 23rd day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE